August 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MONIKA  LYN SAENZ, Appellant

NO. 14-14-00840-CR                        V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for a new trial.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.